# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DANA TAMBERELLI, | : | |
| | : | No. 3:16-cv-01681-RDM |
| Plaintiff, | : | |
| v. | : | Hon. Robert D. Mariani |
| | : | |
| ALKERMES, INC., MICHAEL | : | |
| BAUER, MICHAEL BROUSSEAU, | : | |
| and MADELINE COFFIN, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DECLARATION OF BARBARA RITTINGER RIGO

1.      I am over the age of eighteen.  I have personal knowledge of the facts in this Declaration and, if asked, could competently testify to these facts.

2.      Defendants Alkermes, Inc., Michael Bauer, Michael Brousseau, and Madeline Coffin (collectively, "Defendants") retained me, and my firm Littler Mendelson, P.C., to represent them as their attorney in the above-captioned case.

3.      To date, the parties in the above-captioned case have completed significant discovery.

4.      Defendants have produced nearly 10,000 pages of documents, including electronically-stored information, Plaintiff Dana Tamberelli ("Ms.

Tamberelli") has produced over 800 pages of documents, and the parties have exchanged answers to interrogatories.

5.      By late May 2017, the parties agreed to conduct Ms. Tamberelli's deposition on June 6, 2017, and Mr. Bauer's deposition on June 9, 2017.

6.      On June 2, 2017, Ms. Tamberelli's counsel David Deratzian sent counsel for Defendants an email expressing an interest in discussing settlement. A true and correct copy of that email is attached hereto as Exhibit 1.

7.      On the afternoon of June 2, 2017, I spoke on the phone with Mr. Deratzian and we discussed settlement of the above-captioned case.

8.      On June 5, 2017, I again spoke with Mr. Deratzian on the phone several times, further negotiating settlement.

9.      On the afternoon of June 5, 2017, Mr. Deratzian informed me that Ms. Tamberelli had accepted Defendants' settlement offer.

10.      At the time he accepted the offer on Ms. Tamberelli's behalf, Mr. Deratzian specifically told me to write down that he had express authority from his client to settle the case.

11.      During our discussion on June 5, Mr. Deratzian and I reached agreement not only on the settlement amount, but on other specific terms to be included in the written settlement agreement.

12.     Mr. Deratzian and I also agreed that, due to the settlement, Plaintiff's deposition scheduled for June 6 would be cancelled.

13.     I followed up the June 5 phone call with Mr. Deratzian with an email, confirming that the parties had reached a settlement.  A true and correct copy of that email is attached hereto as Exhibit 2 (confidential information redacted).

14.     On June 6, 2017, Ms. Tamberelli showed up at my office for her deposition.

15.     I informed Mr. Deratzian that his client had appeared for her deposition.  He told me at that time that he was experiencing some difficulties with his client, but that she had agreed to settle the case the previous day and that he had express authority from her to do so.

16.     On June 12, 2017, Mr. Deratzian emailed me requesting that I send him the written settlement agreement.  A true and correct copy of that email is attached hereto as Exhibit 3.

17.     On June 15, 2017, Mr. Deratzian informed me by email that he had been discharged by Ms. Tamberelli.  A true and correct copy of that email is attached hereto as Exhibit 4.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed in Philadelphia County this 23rd day of June, 2017.


_____
BARBARA RITTINGER RIGO

# EXHIBIT 1

**From:** David Deratzian <David@employmentlaw-lv.com>
**Sent:** Friday, June 02, 2017 1:29 PM
**To:** Sopher, Paul J.
**Subject:** RE: Tamberelli v. Alkermes et al. - Updated Privilege Log

Paul,

      Before we embark on the deposition tour, I was wondering if there was any interest in discussing settlement. Let me know.

D

**David L. Deratzian | Attorney at Law | Hahalis & Kounoupis, P.C. |** 20 East Broad Street | Bethlehem, PA 18108| Telephone: (610) 865-2608| Fax: (610) 691-8418 | Direct Fax: (215) 790-6214
David@employmentlaw-lv.com | www.Employmentlaw-lv.com

 Help protect our environment by printing this document only if necessary.

This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.
Thank you.

**From:** Sopher, Paul J. [mailto:PSopher@littler.com]
**Sent:** Thursday, June 1, 2017 2:25 PM
**To:** David Deratzian
**Cc:** Rigo, Barbara Rittinger
**Subject:** Tamberelli v. Alkermes et al. - Updated Privilege Log

David,

Please find Defendant's updated privilege log attached.

Thanks,
Paul

**Paul J. Sopher,** Associate
267.402.3019 direct   267.285.2754 fax   PSopher@littler.com
Three Parkway, 1601 Cherry Street, Suite 1400  |  Philadelphia, PA 19102-1321

**Littler Mendelson** | littler.com
Employment & Labor Law Solutions Worldwide

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or

authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

# EXHIBIT 2

| | |
|---|---|
| **From:** | Rigo, Barbara Rittinger <BRigo@littler.com> |
| **Sent:** | Monday, June 05, 2017 1:35 PM |
| **To:** | David  Deratzian (David@employmentlaw-lv.com) |
| **Cc:** | Sopher, Paul J. |
| **Subject:** | Tamberelli v. Alkermes et. al. |

David,

This is to confirm that the parties have agreed to resolve Ms. Tamberelli's litigation for the total amount of
█████████   As we discussed, I will be providing you with a draft agreement in the next day or so.  I have asked my
client and will get you specifics on taxation and what the █████████clause will look like as soon as I hear back.  If you
know what your attorney fee will be already we can write that into the draft agreement as well.  Just let me know.

Thanks.


Barbara Rittinger Rigo, Shareholder
267.402.3009 direct  267.960.5473 fax  brigo@littler.com
Three Parkway, 1601 Cherry Street, Suite 1400 | Philadelphia, PA 19102-1321

Littler  | littler.com
Employment & Labor Law Solutions Worldwide

# EXHIBIT 3

**From:** "David Deratzian" <David@employmentlaw-lv.com>
**Date:** June 12, 2017 at 12:30:19 PM EDT
**To:** "Rigo, Barbara Rittinger" <BRigo@littler.com>
**Subject: RE: Tamberelli v. Alkermes et. al.**

Can you please send me a Settlement Agreement for review? Hope springs eternal.

D

**From:** Rigo, Barbara Rittinger [mailto:BRigo@littler.com]
**Sent:** Monday, June 5, 2017 1:35 PM
**To:** David Deratzian
**Cc:** Sopher, Paul J.
**Subject:** Tamberelli v. Alkermes et. al.

David,
This is to confirm that the parties have agreed to resolve Ms. Tamberelli's litigation for the total
amount of              As we discussed, I will be providing you with a draft agreement in the
next day or so.  I have asked my client and will get you specifics on taxation and what the
         clause will look like as soon as I hear back.  If you know what your attorney fee will be
already we can write that into the draft agreement as well.  Just let me know.

Thanks.

**Barbara Rittinger Rigo,** Shareholder
267.402.3009 direct   267.960.5473 fax   brigo@littler.com
Three Parkway, 1601 Cherry Street, Suite 1400 | Philadelphia, PA 19102-1321

| littler.com
Employment & Labor Law Solutions Worldwide

----------------------------

This email may contain confidential and privileged material for the sole use of the
intended recipient(s). Any review, use, distribution or disclosure by others is strictly
prohibited. If you are not the intended recipient (or authorized to receive for the
recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which
operates worldwide through a number of separate legal entities. Please visit
www.littler.com for more information.

# EXHIBIT 4

**From:** David Deratzian [mailto:David@employmentlaw-lv.com]
**Sent:** Thursday, June 15, 2017 10:39 AM
**To:** Rigo, Barbara Rittinger
**Subject:** RE: Tamberelli v. Alkermes et. al.

Barb,

I have been discharged by Ms Tamborelli, and it appears she may have filed a "Motion for Continuance" with the Court.   Please advise what course of action you intend to pursue so that I may be prepared to provide any information a Court may require.

D

**David L. Deratzian | Attorney at Law | Hahalis & Kounoupis, P.C. |** 20 East Broad Street | Bethlehem, PA 18108| Telephone: (610) 865-2608| Fax: (610) 691-8418 | Direct Fax: (215) 790-6214
David@employmentlaw-lv.com  |  www.Employmentlaw-lv.com

 Help protect our environment by printing this document only if necessary.

This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.
Thank you.