IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA TAMBERELLI, | : |
| Plaintiff, | : |
| v. | : 3:16-CV-1681 |
| | : (JUDGE MARIANI) |
| ALKERMES, INC., et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 22nd DAY OF DECEMBER, 2017, upon consideration of Defendants' Motion to Enforce Settlement, (Docs. 31), **IT IS HEREBY ORDERED THAT**

1. The Motion is **DENIED**.

2. Within **fourteen (14) days** from the date of this Order, the parties shall submit a joint letter to the Court which proposes specific dates for all remaining pretrial discovery deadlines.

_____
Robert D. Mariani
United States District Judge